# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 22-08079-FLA (DFM) | Date: | June 15, 2023 |
|---|---|---|---|
| Title | Charles T. v. Kilolo Kijakazi | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

    Plaintiff filed the instant Social Security Appeal on November 4, 2022. See Dkt. 2. On February 16, 2023, District Judge Fernando L. Aenlle-Rocha granted Plaintiff's request to proceed in forma pauperis. See Dkt. 7. On March 17, 2023, this Court issued an Order Re: Procedures in Social Security Appeal. See Dkt. 9. Per that Order, Plaintiff was required to serve the summons and complaint on the government in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and to file an appropriate proof of service within 30 days of the date of that Order. See id.[1]

    To date, Plaintiff has not filed a proof of service as required. Accordingly, Plaintiff is ordered to show cause in writing no later than **twenty-one (21) days** from the date of this order why this action should not be dismissed for failure to prosecute. The Court will construe Plaintiff's filing of an appropriate proof of service as sufficient to discharge this order. Plaintiff is warned that failure to respond to this order may result in dismissal of this action.

---

[1] While under Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), a plaintiff need not serve a summons and complaint, Plaintiff filed the instant action before the Supplemental Rules went into effect on December 1, 2022. Accordingly, the procedures set forth in the Court's Order apply in this case.